IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BRYAN CANNON      PLAINTIFF

v.      CIVIL ACTION NO. 1:23-cv-00036-GHD-RP

WHIRLWIND STEEL BUILDINGS INC.; et al.      DEFENDANTS

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT WHIRLWIND STEEL BUILDINGS, INC.

Presently before the Court is the Plaintiff's unopposed motion to voluntarily dismiss his claims against Defendant Whirlwind Steel Buildings, Inc. Upon due consideration, the Court finds that the motion should be granted and the Plaintiff's claims against Whirlwind Steel Buildings dismissed.

Accordingly, the Court hereby ORDERS that the Plaintiff's unopposed motion to dismiss [9] is GRANTED, and the Plaintiff's claims against Defendant Whirlwind Steel Buildings, Inc. are hereby DISMISSED.

SO ORDERED, this, the 14th day of July, 2023.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE