IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BRYAN CANNON                                                              PLAINTIFF

V.                                      CIVIL ACTION NO. 1:23-cv-00036-GHD-RP

WHIRLWIND STEEL BUILDINGS INC.; et al.              DEFENDANTS

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

The Court, having considered the Plaintiff's motion to dismiss this matter without prejudice [12], finds that this matter should be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

IT IS, therefore, hereby ORDERED that all claims asserted in this lawsuit are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.

SO ORDERED, this, the 5th day of September, 2023.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE